UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :
                                :         NOTICE OF INTENT
GERMAIN MORENO-HERNANDEZ,       :         TO FILE AN
     a/k/a "Miguel Martinez-    :         INFORMATION
     Campos,"                   :
                                :         07 CRIM. 861
                                :
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         September 5, 2007

                                 MICHAEL J. GARCIA
                                 United States Attorney

                         By:     _____
                                 Eugene Ingoglia
                                 Assistant United States Attorney


                                 AGREED AND CONSENTED TO:

                         By:     _____
                                 Roy Kulcsar, Esq.
                                 Attorney for GERMAIN MORENO-
                                 HERNANDEZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07