

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: 9/7/2007

DEFENDANT: German Hernandez

DOCKET #: _____

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

— left arm injury —

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED SEP 0 7 2007]

_____
United States Magistrate Judge