```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        07 Cr. 861 (SHS)

    -against-                               :        ORDER

GERMAIN MORENO-HERNANDEZ,                :

        Defendant.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that:

    1.    The trial of this action is adjourned to February 25, 2008, at 9:30 a.m.;

    2.    Proposed jury charges and any *in limine* motions are due February 11, 2008;

    3.    On consent, the time from today until February 25, 2008 is excluded from Speedy Trial Act calculations. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8); and

    4.    There will be no further adjournment of the trial date.

Dated: New York, New York
       January 22, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.