

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

**By Facsimile (212-805-7924)**
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

Re: <u>United States v. Germain Moreno-Hernandez, 07 Cr. 861 (SHS)</u>

Dear Judge Stein:

Following up on a conversation with your Deputy this afternoon, this letter is respectfully submitted on behalf of the defense, with no objection from the Government, to request a one-week adjournment of the trial date in this matter, currently on for February 25, 2008. Roy Kulcsar, counsel for Mr. Germain-Hernandez, has just completed a trial before Judge Deborah A. Batts, and requests the additional week so that the parties may complete their work to resolve this matter without the need for trial. *from 2/20/08 until 3/3/08*

The Government respectfully requests that time be excluded for purposes of *the* *18 USC 3161 h 8* Speedy Trial Act from February 25 until March 3, 2008 (the proposed new trial date.) The Government makes the request, with defense counsel's consent, in order to allow the parties to continue to discuss the disposition of the case. *Trial adjourned to March 3 at 9:30 A.M.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant U.S. Attorney
(212) 637-1113

cc: Roy Kulcsar, Esq.
    (fax: 201-439-1478)

SO ORDERED 2/20/08

_____
SIDNEY H. STEIN
U.S.D.J.