```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 861 (SHS) |
| -against- | : | ORDER |
| GERMAIN MORENO-HERNANDEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant, and with no objection by the government,

    IT IS HEREBY ORDERED that:

    1.    Defendant's sentencing is adjourned to August 15, 2008, at 11:00 a.m.;

    2.    Any defense submissions are due on or before August 6, 2008;

    3.    Any response by the government is due on or before August 13, 2008.

    4.    *No adjournments.*

Dated: New York, New York
       July 15, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.