UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                        :

GERMAIN MORENO-HERNANDEZ,         :   07 Cr. 861 (SHS)

           Defendant.          :
- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

STEIN, D.J.

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before *Theodore H. Katz* Magistrate Judge on February 29, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
        August 20, 2008
        11 A.M.

                                       _____
                                       UNITED STATES DISTRICT JUDGE