USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 861 (SHS) |
| -against- | : | |
| GERMAIN MORENO-HERNANDEZ, | : | ORDER |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the above defendant is sentenced to TIME SERVED.

Dated: New York, New York
       August 20, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.