```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -v.-                             :         ORDER OF FORFEITURE
                                         :
GERMAIN MORENO-HERNANDEZ,                :         07 Cr. 861 (SHS)
    a/k/a "Miguel Martinez-Campos,"      :
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

      WHEREAS, on or about September 7, 2007, GERMAIN MORENO-HERNANDEZ, a/k/a "Miguel Martinez-Campos," (the "Defendant"), was charged in a one-count Information 07 Cr. 861 (SHS) (the "Information") with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h);

      WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 982, any and all property real and personal, involved in the money laundering offense charged in Count One and all property traceable to such property, including but not limited to the following: all United States currency recovered on or about May 31, 2007, from the defendant, in the vicinity of 13 New Street, Dover, New Jersey, which includes approximately $48,000 in cash (the "Subject Property");

      WHEREAS, on or about February 29, 2008, the defendant pled guilty to Count One of the Information;

WHEREAS, pursuant to a plea agreement, the defendant admits the forfeiture allegations in the Information and agreed to forfeit to the United States a sum of money equal to $200,000 in United States currency;

WHEREAS, the Subject Property had previously been forfeited administratively; and

WHEREAS, on or about August 15, 2008, the defendant was sentenced, <u>inter alia</u>, to a forfeiture money judgment in the amount of $200,000 in United States Currency, representing the amount of proceeds obtained as a result of the offense charged in the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.  As a result of the offense in the Information, for which the defendant pled guilty, a money judgment in the amount of $200,000 shall be entered against the defendant.

2.  As ordered at the defendant's sentencing, the approximately $46,160 in United States currency recovered on or about May 31, 2007, from the defendant, in the vicinity of 13 New Street, Dover, New Jersey which had previously been forfeited administratively, shall be credited to the Money Judgment, leaving a balance of $153,840 to be paid on the Money Judgment.

3.  Pursuant to Rule 32.2(b)(3) of the Federal Rules

of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

    4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

    5. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
August 20, 2008

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE